UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TALIYAH BROOKS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:22-cv-02433-JMS-TAB |
| | ) |
| USA TRACK & FIELD, INC., | ) |
| | ) |
| DEFENDANT. | ) |

**PLAINTIFF'S FORMAL NOTICE OF SETTLEMENT**

The Plaintiff Taliyah Brooks, in compliance with this Court's May 25, 2023, Order regarding status conference states as follows:

The Plaintiff and her counsel agree that a settlement was reached settling the amount and time of payment of the attorneys' fees ordered by the Court in the Court's March 7, 2023, Order remanding this case to state court with the Defendant agreeing to pay counsel for the Plaintiff $44,000 in fees within fourteen (14) days of Kroger, Gardis & Regas, LLP (KGR) providing a W-9 to counsel for Defendants. KGR previously sent to Defendant a W-9 on May 23, 2023, and will submit a Notice of Satisfaction of Plaintiff's Claim for attorneys' fees promptly upon receipt of such payment from Defendant.

The undersigned counsel has attempted to reach agreement with counsel for Defendant on a joint submission. However, counsel for Defendant has advised the undersigned counsel that he intends to file a motion to enforce the settlement because the undersigned holds a different view regarding the effect of the settlement. It is Plaintiff's view that Plaintiff and her counsel stand willing to perform all acts required of them under the settlement which is to receive the settlement check and thereafter execute a notice of satisfaction.

Plaintiff is not requesting any additional relief from the Court at this time.

        Respectfully Submitted,

        /s/ William Bock, III
        William Bock, III, Atty. No. 14777-49
        Adam Doerr, Atty. No. 31949-53
        KROGER, GARDIS & REGAS, LLP
        111 Monument Circle, Suite 900
        Indianapolis, IN 46204
        Tel: (317) 692-9000
        Fax: (317) 264-6832
        E-mail: wbock@kgrlaw.com
                adoerr@kgrlaw.com

        ATTORNEYS FOR TALIYAH BROOKS

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2023, I filed the foregoing *Plaintiff's Notice of Position regarding Settlement* electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    John B. Drummy
    Jeffrey D. Hawkins
    April M. Jay
    Zachary F. Tohen
    Kightlinger & Gray LLP
    One Indiana Square, Suite 300
    211 North Pennsylvania Street
    Indianapolis, IN 46204
    jdrummy@k-glaw.com
    jhawkins@k-glaw.com
    ajay@k-glaw.com
    ztohen@k-glaw.com

                                            /s/ William Bock, III
                                            William Bock, III

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000

3